**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ROBERT COLEMAN and**                                               **PLAINTIFFS**
**NANCY COLEMAN**

**vs.**                         **NO. 3:05-CV-00113 GTE**

**COWAN SYSTEMS, INC. and**
**and THOMAS RUSSELL**                                       **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having represented that this matter has been resolved by agreement in its entirety,

IT IS THEREFORE ORDERED THAT the Complaint in this case be, and it is hereby, DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to terminate this case.

IT IS SO ORDERED THIS   8th   day of June, 2006.

                                                               /s/Garnett Thomas Eisele
                                                               UNITED STATES DISTRICT JUDGE